MICHAEL McKNEELY (State Bar No. 214896)
2300 Tulare Street, Suite 115
Fresno, California 93721
Telephone: (559) 443-7442
Facsimile: (559) 860-0150
mike@fresnocriminalattorney.com

Attorney for Defendant
ELIAS MUHAMMAD

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case Nos.   1:18-cr-00114-DAD-BAM |
| --- | --- |
| Plaintiff, | 1:20-cr-00112-NONE-SKO |
| v. | **STIPULATION AND ORDER** |
| ELIAS MUHAMMAD, | **REGARDING SENTENCING** |
| Defendant. | |

### STIPULATION

Defendant Elias Muhammad, by his counsel of record Michael McKneely, the United States of America through its counsel of record, and United States Probation Officers Tony Vue and Adrian Garcia hereby stipulate as follows:

1. By previous order these matters were set for sentencing on February 5, 2021.

2. By this stipulation, initiated by the defense in, the parties stipulate the sentencing in these matters may be continued to March 19, 2021, to allow the probation department to consider Mr. Muhammad's informal objections to the Draft PSR.

IT IS SO STIPULATED

////

////

Stipulation And Order Regarding Sentencing                                    -1-

DATED: January 25, 2021         MICHAEL McKNEELY,
                                CRIMINAL DEFENSE ATTORNEY


                                By:  s/ Michael McKneely
                                     Michael McKneely
                                     Attorney for Steven Jones


DATED: January 27, 2021         McGREGOR W. SCOTT
                                United States Attorney


                                By:  s/Laurel Montoya (by authorization)
                                     LAUREL MONTOYA
                                     Assistant United States Attorney


Dated:  January 27, 2021            s/ Tony Vue (by authorization)
                                    Tony Vue, Probation Officer


Dated:  _January 25, 2021           s/ Adrian Garcia (by authorization)
                                    Adrian Garcia, Probation Officer


## FINDINGS AND ORDER

Based upon the stipulation and representations of the parties, the Court orders these sentencings be continued until March 19, 2021.

IT IS SO ORDERED.

Dated:  **January 27, 2021**           _____
                                       UNITED STATES DISTRICT JUDGE