IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>v.<br><br>Elias Muhammad,<br><br>                      Defendant. | REENTRY COURT PROGRAM<br><br>AMEND ORDER TO REDUCE TERM OF SUPERVISED RELEASE FOR SUCCESSFUL COMPLETION OF REENTRY COURT<br><br>(18 U.S.C. 3583(3)(1))<br><br>Docket Number:   0972 1:20CR00112-1 |

On May 24, 2022, the defendant was accepted as a participant in the Reentry Court Program. As of April 18, 2023, the defendant successfully completed the Reentry Court Program.

It is recommended by the Reentry Court Team that due to defendant's successful completion of the Reentry Court Program, the defendant's term of Supervised Release is to be reduced by one year, with a new termination date of April 14, 2024.

In accordance with 18 U.S.C. § 3583(3)(1), the Reentry Court Judge orders that a reduction is approved. The term of Supervised Release imposed on March 19, 2021, is hereby reduced by one year for defendant's successful completion of the Eastern District of California's Reentry Court Program.

These findings and recommendation are submitted to the District Judge assigned to this action, pursuant to 28 U.S.C. § 636(b)(1)(B) and this Court's Local Rule 302 and shall be considered forthwith without the need for time to respond.

_June 8, 2023_
Date

_Sheila K. Oberto_
The Honorable Sheila K. Oberto
U.S. Magistrate Judge

**IT IS ORDERED** that these findings and recommendations are hereby adopted and approved. The defendant's term of Supervised Release is reduced by one year, with a new termination date of April 14, 2024.

**July 11, 2023**
Date

_Jennifer L. Thurston_
The Honorable Jennifer L. Thurston
U.S. District Judge

cc:    Defendant
        Assistant United States Attorney:  Kirk Sheriff
        Defense Counsel:  Griffin Estes
        FLU Unit – United States Attorney's Office
        Fiscal Clerk - Clerk's Office